UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AC HEATING & AIR CONDITIONING, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MATRIX EVANSVILLE, LLC; ) | CASE NO: 3:08-CV-0078-SEB-WGH |
| INTERVEST NATIONAL BANK; et al.; ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING RECEIVER'S FINAL REPORTS

Chicago Real Estate Resources Inc. ("CRER"), previously appointed Receiver, by counsel, having filed its Receiver's Final Report and Addendum to Receiver's Final Report (together, the "Reports"), and the Court, having reviewed the Reports and being duly advised in the premises, now finds as follows:

1. CRER was duly appointed as Receiver by this Court, dated July 23, 2008 [Doc. No. 34] over and with respect to the subject property commonly known as Woodland Park Apartments - a 322-unit multifamily property located on approximately 19.12 acres at 2340 Sunburst Boulevard, Evansville IN 47714 (the "Property").

2. On August 21, 2009, CRER filed its Final Report. [Doc. 101]

3. On October 28, 2009, CRER filed its Addendum to Final Report. [Doc. 123]

4. No objections to the Reports have been filed.

5. On September 24, 2009, CRER was replaced as receiver by Becky L. Gish. [Doc. 119]

6. CRER faithfully and duly fulfilled its duties as receiver during its tenure.

Among other things, CRER managed the books and records for the Property, engaged Given & Spindler ("G&S") to serve as on-site management of the Property, ensured that the Property was adequately insured, collected rents and paid expenses for the Property and otherwise protected and maintained the Property to the best of its ability given the circumstances and funds available.

7. As of October 13, 2009, there were unpaid expenses of not less than $42,409.31 related to the operation of the Property during CRER's tenure as receiver, as detailed on **Exhibit D** to the Addendum. In addition, subsequent legal fees have been incurred by Receiver and G&S for which counsel has not been paid and for which reimbursement and payment is proper.

WHEREFORE, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

- A. The Reports are hereby approved;
- B. The undertaking issued in connection with and on behalf of CRER as receiver appointed herein is hereby ordered released;
- C. CRER shall be, and hereby is, discharged as receiver, and released from any and all liability with respect to this matter and/or the Property;
- D. G&S is hereby discharged and released from any and all liabilities with respect to this matter and/or the Property;
- E. CRER and G&S are entitled to, and shall be, reimbursed for all expenses of the receivership, including without limitation, unpaid expenses and attorneys' fees incurred by Receiver and CRER, all of which are taxed as costs to the Property; and

  F. This Order shall be deemed a final order.

Date: 12/21/2009

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Patrick A. Shoulders
Robert L. Burkart
Jean Marie Blanton
ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
pshoulders@zsws.com
rburkart@zsws.com
jblanton@zsws.com

Jeffrey W. Henning
Joseph H. Langerak, IV
RUDOLPH FINE PORTER & JOHNSON
jwh@rfpj.com
jhl@rfpj.com

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Daniel Pierce Miller
OFFICE OF THE INDIANA ATTORNEY GENERAL
dmiller@atg.state.in.us

Andrew C. Ozete
BAMBERGER FOREMAN WSWALD & HAHN
aozete@bamberger.com

Robert R. Faulkner
rrfaulk@evansville.net

Christine Kaye Jacobson
KATZ & KORIN, P.C.
cjacobson@katzkorin.com